SEYFARTH SHAW LLP
Mandana Massoumi (SBN 191359)
mmassoumi@seyfarth.com
Heather E. Horn (SBN 312242)
hhorn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
TARGET CORPORATION

MAGNANIMO DEAN LAW, APC
Lauren A. Dean, Esq.
21300 Victory Blvd., Suite 300
lauren@magdeanlaw.com
Woodland Hills, CA  91367
Telephone: (818) 305-3450
Facsimile:  (818) 305-3451

Attorneys for Plaintiff
NITA NICKERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITA NICKERSON,<br><br>               Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION, a corporation; and DOES 1 to 10, Inclusive,<br><br>               Defendants. | Case No. 2:25-cv-09957-JFW-SSCx<br><br>[Los Angeles Superior Court Case No. 25STCV16074]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  June 2, 2025 |

325835069v.1

Plaintiff NITA NICKERSON and Defendant TARGET CORPORATION, acting through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of the above named matter, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

DATED:  June 12, 2026                         SEYFARTH SHAW LLP


By:*/s/ Heather E. Horn*
Mandana Massoumi
Heather E. Horn
Attorneys for Defendant
TARGET CORPORATION

DATED:  June 12, 2026                         MAGNANIMO DEAN LAW, APC


By:*/s/ Lauren A. Dean*
Lauren A. Dean
Attorneys for Plaintiff
NITA NICKERSON


### FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned hereby attests all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation for Dismissal with Prejudice.

*/s/Heather E. Horn*
Heather E. Horn

1

325835069v.1

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
                              )  ss
COUNTY OF LOS ANGELES          )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2029 Century Park East, Suite 3500, Los Angeles, California  90067-3021.  On June 12, 2026, I served the within document(s):

### STIPULATION FOR DISMISSAL WITH PREJUDICE

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Lauren A. Dean | Phone:  (818) 305-3450 |
| Magnanimo Dean Law, APC | Fax:  (818) 305-3451 |
| 21300 Victory Blvd., Suite 300 | Email:  *lauren@magdeanlaw.com* |
| Woodland Hills, CA  91367 | *magdeanlaw@gmail.com* |

Attorneys for Plaintiff NITA NICKERSON

| | |
|---|---|
| I. Benjamin Blady | Phone:  323.933.1352 |
| Blady Workforce Law Group APC | Fax:  323.933.1353 |
| 5757 Wilshire Blvd., Suite 495 | Email:  *bblady@bwlawgroup.com* |
| Los Angeles, CA 90036-3621 | |

Attorneys for Plaintiff NITA NICKERSON

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 12, 2026, at Los Angeles, California.

_____
Dana Hass

1
PROOF OF SERVICE

323687148v.1